United States District Court
Southern District of Texas
**ENTERED**
October 28, 2024
Nathan Ochsner, Clerk

| | |
|---|---|
| **Cause Number:** | 4:19-CV-900 |

**Style:**   St. Maron Properties, LLC, et al. v. City of Houston, et al.

**Appearances:**

| **Counsel:** | **Representing:** |
|---|---|
| Jacqueline Smith | St. Maron Properties, LLC |
| | Yang Su |
| | John Winkler |
| | Jose M. Gallegos |
| Brian Amis | City of Houston |
| Not Represented, no appearance | Ella Park Terrace Civic Club |

| | | | |
|---|---|---|---|
| Date: | October 25, 2025 | ERO: | Yes |
| Time: | 10:15 – 10:24 p.m. | | |

## HEARING
## MINUTES AND ORDER

At the hearing the following rulings were made:

The docket call is reset to January 10, 2025 at 3:00 p.m. The parties do not need to provide any filings prior to the docket call.

The Clerk will file the Minutes and Order and provide copies to the parties.

_____
Peter Bray
United States Magistrate Judge