Case 4:19-cv-00900   Document 66   Filed on 02/28/25 in TXSD   Page 1 of 1

United States District Court
Southern District of Texas
**ENTERED**
February 28, 2025
Nathan Ochsner, Clerk

IN THE UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF TEXAS
HOUSTON DIVISION

| | |
|---|---|
| ST MARON PROPERTIES, LLC, YANG SU D/B/A/ RE-MART INVESTMENT AND JOHN WINKLER<br><br>*Plaintiffs,*<br><br>V.<br><br>CITY OF HOUSTON, TEXAS, AND ELLA PARK TERRACE CIVIC CLUB<br><br>*Defendants.* | §§§§§§§§§§§§§§§§§§§<br><br>CIVIL ACTION NO. 4:19-cv-00900 |

## ORDER OF DISMISSAL

Plaintiffs St. Maron Properties, LLC, Yang Su d/b/a Re-Mart Investment, Jose M. Gallegos and John Winkler's Motion to Dismiss pursuant to Federal Rule of Civil Procedure 41(a)(2) is hereby GRANTED. All Plaintiffs' causes of action in the above-numbered case are hereby DISMISSED WITH PREJUDICE.

This dismissal disposes of all parties and causes of action in this case.

The Parties are to bear their own costs.

Entered this 28 day of Feb, 2025.

_____
Magistrate Judge Peter Bray